IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JASON FRIDAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 12-0011-CV-W-SOW |
| | ) | |
| KELI THEISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_X\_\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    ORDERED that plaintiff Jason Friday's Motion to Remand (Doc. #13) is granted. It is further
    ORDERED that this case is hereby remanded to the Circuit Court of Jackson County, Missouri for all further proceedings.


Dated : 5/16/2012

/s/AnnThompson
Clerk of Court

/s/ K. McIlvain
Deputy Clerk